# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DOC EUGENE WARREN, III** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-15046** |
| **MARLIN N. GUSMAN ET AL.** | **SECTION "G" (2)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of Plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS HEREBY ORDERED** that Plaintiff's motions for injunctive relief or temporary restraining order[1] are **DENIED**;

**IT IS FURTHER ORDERED** that Defendant's motion to dismiss[2] Record Doc. No. 25, is **DISMISSED AS MOOT**;

**IT IS FURTHER ORDERED** that Plaintiff's complaint is **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1).

**NEW ORLEANS, LOUISIANA,** this __13th__ day of April, 2017.

_____
**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**

---

[1] Rec. Docs. 27, 30.

[2] Rec. Doc. 25.